IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY ANN DEVINE,

    Plaintiff,

vs.

COMMISSIONER of SOCIAL SECURITY,

    Defendant.

Civil No. 17-cv-772-JPG-CJP

## **JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Mary Ann Devine.

**DATED:** June 11, 2018

                                         **JUSTINE FLANAGAN,**
                                         **Acting Clerk of Court**

                                         **BY: s/Tina Gray, Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**